UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.     MAGISTRATE NO. 05 850 MBB

OZELIO PEREIRA DE ASSIS

CORRECTED EXPARTE MOTION FOR FUNDS FOR AN INTERPRETER

      The defendant moves exparte for funds for an interpreter.

      The defendant speaks Portuguese, and counsel does not.

      Counsel anticipates having to talk with the client on several occasions where the use of a an interpreter will be necessary.

      Wherefore the defendant moves for funds for use to retain the services of a Portuguese interpreter for use in the defense of this case.

*/s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:  June 1, 2005